1
2
3
4
5
6                     UNITED STATES DISTRICT COURT
7                     WESTERN DISTRICT OF WASHINGTON
                                AT TACOMA
8
9    WILLIAM G. MOORE,
                          Plaintiff,              CV09-5419FDB
10                                                CR95-5415FDB
                 vs
11
12   UNITED STATES OF AMERICA.,
                                                  MINUTE ORDER
13                     Defendant.
14
15
16
17
        NOW, on this 24th day of August, 2009, the Court directs the Clerk to enter the following Minute
18   Order:
19
        On August 10, 2009, the Government requested a 60 day extension to file a
20
21   Response to the Motion to Vacate, set Aside or Correct Sentence.

22      The request is GRANTED. The Clerk shall re-note the motion for October 9, 2009.

23       The Motion shall be ready for the Court's consideration on October 9, 2009.

24
25   The foregoing Minute Order entered at the direction of the Honorable Franklin D. Burgess, United
26   States District Judge.
27                                   .
28
                                                  /s/ Pat LeFrois
                                                  Pat LeFrois
                                                  Courtroom Deputy