# United States District Court

WESTERN DISTRICT OF WASHINGTON

WILLIAM G. MOORE

v.

UNITED STATES OF AMERICA

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5419FDB
CR95-5415FDB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Petitioner's writ for habeas corpus under title 28 U.S.C. § 2255 [Dkt. #1] is **DISMISSED** as a successive petition.

Petitioner's consolidated motion for return of properties [Dkt. #4] is **DENIED**.

| October 15, 2009 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

    *s/CM Gonzalez*
Deputy Clerk